CHARLES H. STANTON, Respondent, *v.* THE TOWN OF TAYLOR, Appellant.

(Argued December 9, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 26, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury.

The following is the *mem.* of decision handed down by the court :

" The plaintiff produced on the trial bond No. 1 of $100, and bond No. 9 of $500, indorsed in blank and of which therefore he was shown to be owner and took an admission as to the similar form of others, and so it must be assumed that he owned the bonds from which the coupons were cut.

" On the authority of *Savings Bank* case \* the judgment should be modified by deducting therefrom the sum of twenty-four hundred and ninety-six dollars and forty-seven cents, and, as modified, affirmed, without costs to either party in this court."

All concur.

Judgment accordingly.

---

\* *Williamsburgh Savings Bank* v. *Town of Solon* (*ante,* page 465).